The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TINA HOWE,<br><br>    Defendant. | Cause No. CR07-263MJP<br><br>ORDER CONTINUING<br>TRIAL DATE TO OCTOBER 12, 2016 |

THIS MATTER having come before the Court on the stipulated motion filed by defendant Tina Howe for an order continuing the trial date and motions deadline in the above-captioned matter, and the Court having considered the motion, any other pleadings filed, and the waivers of Speedy Trial filed by the defendant(s), now, therefore, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the trial in this matter shall commence on October 12, 2016, and that pretrial motions are due on or before August 11, 2016.

//

//

//

//

[PROPOSED] ORDER
CONTINUING TRIAL- 1

It is further ORDERED that this period of delay from the date of this order to the new trial date of October 12, 2016 is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 30th day of June, 2016.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

GORDON & SAUNDERS, PLLC

s/ Kimberly Gordon
KIMBERLY N. GORDON, WSBA #25401
JASON B. SAUNDERS, WSBA #24963
1111 Third Avenue, Suite 2220
Seattle, WA 98101
Telephone: (206) 340-6034
Fax: (206) 682-3746
Email: kim@gordonsaunderslaw.com

[PROPOSED] ORDER
CONTINUING TRIAL- 2

gordon & saunders
1111 Third Avenue, Suite 2220
Seattle, Washington 98101
Tel. 206.340.6034/ Fax. 206.682.3746